IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT GRAY and MAKRUM GEORGE, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC and BMW AKTIENGESELLSCHAFT,<br><br>        Defendants. | No.: 2:13-cv-3417 (WJM)(MF)<br><br>NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on a date to be set by the Court, in Courtroom MLK 4B of the above-captioned Court, located at 50 Walnut Street, Newark, New Jersey 07101, the Honorable William J. Martini presiding, Plaintiffs Robert Gray and Makrum George will, and hereby do, move this Court to for an Order awarding attorneys' fees, expenses and incentive awards in the above-entitled action.

PLEASE TAKE FURTHER NOTICE that Class Counsel shall rely upon the annexed Brief, Declaration Matthew R. Mendelsohn, Declaration of Payam Shahian, Declaration of Dara Tabesh, and Declaration of Kirk D. Kleckner in support of this motion.

A proposed form of Order is attached.

                                                 By: _____
                                                      Matthew Mendelsohn
                                                      **MAZIE SLATER KATZ & FREEMAN, LLC**
                                                      103 Eisenhower Parkway
                                                      Roseland, New Jersey 07068

Dated: June 23, 2017