IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT GRAY and MAKRUM GEORGE, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>        v.<br><br>BMW OF NORTH AMERICA, LLC and BMW AKTIENGESELLSCHAFT,<br><br>        Defendants. | No.: 2:13-cv-3417 (WJM)(MF)<br><br>NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that on July 20, 2017, in Courtroom MLK 4B of the above-captioned Court, located at 50 Walnut Street, Newark, New Jersey 07101, the Honorable William J. Martini presiding, Plaintiffs Robert Gray and Makrum George will, and hereby do, move this Court for an order granting final approval of the proposed Class Action Settlement.

    PLEASE TAKE FURTHER NOTICE that Class Counsel shall rely upon the annexed Brief, Declaration of Matthew R. Mendelsohn, Declaration of Payam Shahian and Declaration of Kirk D. Kleckner in support of this motion.

    A proposed form of Order is attached.

                                             By: _____
                                                      Matthew Mendelsohn
                                                      **MAZIE SLATER KATZ & FREEMAN, LLC**
                                                      103 Eisenhower Parkway
                                                      Roseland, New Jersey 07068

Dated:  June 26, 2017