Matthew Mendelsohn
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303
*Attorneys for Plaintiffs and Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT GRAY and MAKRUM GEORGE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC and BMW AKTIENGESELLSCHAFT,<br><br>Defendants. | No.: 2:13-cv-3417 (WJM)(MF)<br><br>**SUPPLEMENTAL DECLARATION OF MATTHEW R. MENDELSOHN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** |

I, Matthew R. Mendelsohn, under penalty of perjury, declare as follows:

1. I am a partner at Mazie Slater Katz & Freeman, LLC ("Mazie Slater") in Roseland, New Jersey. I respectfully submit this Declaration in support of Plaintiffs' motion for award of attorneys' fees, expenses and incentive awards ("Motion"). This Declaration is based on my personal knowledge of the facts set forth herein.

2. A true and accurate copy of select pages from the deposition of BMW's corporate designee, Robert Coake, is attached as **Exhibit A**.

3. After reviewing BMW's opposition to Plaintiffs' motion for attorney fees, on July 10, 2017, I contacted BMW's counsel to raise my serious concerns with representations that were repeatedly made in BMW's opposition. Specifically, BMW was taking the position that Plaintiffs' expert, Mr. Kleckner, was overestimating benefits because he should have excluded

1

Class Vehicles that had previously been "repaired." Setting aside the fact that he actually did exclude such vehicles in order to present a conservative valuation, such an argument suggested that BMW's prior efforts to fix the Convertible Top Defect were effective. That position is belied by BMW's own testimony and multiple representations made by BMW. Accordingly, I requested that BMW withdraw such arguments, consistent with its Rule 11 obligations.

4. On July 12, 2017, BMW's counsel responded that he "respectfully disagree[d]." On the same day, and after I sought further clarification, BMW's counsel confirmed that "it is not nor has it ever been BMW's position" that "the prior repairs (including prior TSBs) permanently fixed the convertible top issues."

5. A true and accurate copy of the July 10, 2017 through July 12, 2017 email chain described above is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
MATTHEW R. MENDELSOHN

Dated: July 13, 2017

# EXHIBIT A

**In The Matter Of:**

*Gray v.*
*BMW of North America*

*Robert Vincent Coake*
*July 13, 2016*



103 Eisenhower Parkway
Roseland, New Jersey 07068
800.973.9270
scheduling@northstardepos.com

*Original File 071316Coake.txt*
Min-U-Script® with Word Index

 1      A.   So there was all -- just like the service
 2 technicians in the field, sometimes they would try to
 3 please a customer and go beyond the scope of this
 4 bulletin to fix the top.  So everybody had their own
 5 idea of what to do.
 6      Q.   All right.
 7           MR. MENDELSOHN:  Well, let's mark this and
 8 then we'll talk about it in a little bit more detail.
 9           THE COURT REPORTER:   4?
10           MR. MENDELSOHN:  4, yes.
11           (Coake Exhibit No. 4 was marked.)
12      Q.   BY MR. MENDELSOHN:  You're being handed what
13 we just marked as Exhibit 4, and I can represent to
14 you that this was produced to us in the course of, not
15 really discovery, but more in settlement negotiations,
16 as a proposed SIB that may be released to the field --
17 or will be released to the field to the extent that
18 the settlement is approved by the court.  Have you
19 seen this SIB before?
20      A.   Yes.
21      Q.   Now, this SIB, I guess just for
22 informational purposes, is dated January 2016, and it
23 indicates that it supersedes the previous SIB that we
24 spoke about, which we marked as Exhibit 3, the June
25 2011 one; is that correct?

1     A.   Yes.

2     Q.   Now, again, this is addressing the same
3 situation that -- same complaints that were being
4 addressed in Exhibits 2 and Exhibits 3, that the
5 convertible top does not completely open or close,
6 correct?

7     A.   Correct.

8     Q.   Now, whereas the rear window hall sensor and
9 the rotation of the angle sensor were previously
10 indicated as the problems in the prior three SIBs that
11 we discussed, BMW NA and/or BMW AG has made a new
12 determination, if you will, at least as related in
13 this SIB that we marked as Exhibit 4, correct?

14     A.   Correct.

15     Q.   Can you tell me what it is that BMW has
16 determined or now determined is causing the problems
17 in the E64 convertible tops?

18     A.   What do you mean causing the problems in the
19 --

20     Q.   Well, this SIB, at least based on my
21 reading, institutes a fix or correction for an issue,
22 correct?

23     A.   Yes.

24     Q.   Okay.  What is the issue that this SIB or
25 the steps that are set forth in this SIB are meant to

# EXHIBIT B

# Matthew Mendelsohn

| | |
|---|---|
| **From:** | Dalton, Christopher <christopher.dalton@bipc.com> |
| **Sent:** | Wednesday, July 12, 2017 8:00 PM |
| **To:** | Matthew Mendelsohn |
| **Cc:** | Payam Shahian (pshahian@slpattorney.com); Rivlin, Daniel Z.; Bruno, Rosemary J. |
| **Subject:** | RE: BMW |

No.  This is not nor has it been BMW's position.

## Christopher Dalton
**Shareholder**

550 Broad Street
Suite 810
Newark, NJ 07102-4582
973 424 5614 (o)
908 377 9964 (c)
christopher.dalton@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

## Buchanan Ingersoll & Rooney PC

KNOW GREATER PARTNERSHIP

**From:** Matthew Mendelsohn [mailto:mmendelsohn@mskf.net]
**Sent:** Wednesday, July 12, 2017 3:04 PM
**To:** Dalton, Christopher
**Cc:** Payam Shahian (pshahian@slpattorney.com); Rivlin, Daniel Z.; Bruno, Rosemary J.
**Subject:** RE: BMW

Chris,

I just want to make sure the record is crystal clear on this.  Is BMW now taking the position that the prior repairs (including the prior TSBs) permanently fixed the convertible top issues?

Matt

**From:** Dalton, Christopher [mailto:christopher.dalton@bipc.com]
**Sent:** Wednesday, July 12, 2017 2:59 PM
**To:** Matthew Mendelsohn <mmendelsohn@mskf.net>
**Cc:** Payam Shahian (pshahian@slpattorney.com) <pshahian@slpattorney.com>; Rivlin, Daniel Z. <daniel.rivlin@bipc.com>; Bruno, Rosemary J. <rosemary.bruno@bipc.com>
**Subject:** RE: BMW

Matt,

We have reviewed the assertions in your note below and respectfully disagree.  Confidential Settlement Communiucations

[redacted]

Chris

# Christopher Dalton
**Shareholder**
*Co-Chair – Class Action Litigation Practice Group*
550 Broad Street
Suite 810
Newark, NJ 07102-4582
973 424 5614 (o)
christopher.dalton@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

# Buchanan Ingersoll & Rooney PC

KNOW GREATER PARTNERSHIP

**From:** Matthew Mendelsohn [mailto:mmendelsohn@mskf.net]
**Sent:** Monday, July 10, 2017 3:58 PM
**To:** Dalton, Christopher
**Cc:** Payam Shahian (pshahian@slpattorney.com)
**Subject:** BMW
**Importance:** High

Chris,

2

I have a very serious issue with the argument BMW made in its opposition to our fee application, that our expert is "double-counting" because he does not subtract the vehicles that were already "repaired." Setting aside the fact that such an assertion is incorrect, that position is contrary to BMW's previous representations. Now, I know your partner handled this because you were away, and perhaps he did not have a complete understanding of this issues, but it is undisputed that BMW had no real "fix" for the Convertible Top Defect prior to coming up with the Software Update. That was confirmed by BMW's corporate designee, the warranty data showing the same vehicles repeatedly undergoing warranty repairs for the issue, and also in multiple representations made by you. That is why the Software Update was a critical component of the Settlement from Plaintiffs' perspective. Accordingly, to argue that the Class Vehicles who had a repair under warranty do not need the Software Update or couldn't have sustained a repair outside the warranty period is improper. Consistent with your Rule 11 obligations, this argument should be withdrawn immediately. Please confirm this argument will be withdrawn so that I do not have to raise these issues in my reply brief.

Matt

Matthew R. Mendelsohn
103 Eisenhower Parkway
Roseland, New Jersey 07068
tel  (973) 228-0391
fax (973) 228-0303

**MAZIE SLATER KATZ & FREEMAN, LLC**
ATTORNEYS AT LAW

www.mskf.net

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973.228.9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is proh bited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is proh bited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.