UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 SEP 25  P 4: 01

| | |
|---|---|
| ROBERT GRAY and MARKUM GEORGE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA LLC and BMW AKTIENGESELLSCHAFT,<br><br>Defendants. | Civil Action No. 13-cv-3417 (WJM) |

NOTICE OF APPEAL
TO THE U. S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Objector, Gary W. Sibley, does hereby appeal to the United States Court of Appeals for the Third Circuit from the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (dkt 86) entered in this action on the August 24, 2017, The Court's Opinion (dkt 85) entered on August 24, 2017 and Amended Opinion (dkt 87) entered on August 24, 2017.

Respectfully submitted,

_____
Gary W. Sibley
The Sibley Firm
Texas State Bar No. 18337700
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Phone: 214-522-5222
Fax: 972-8656267
g@juris.cc