# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-3128

Robert Gray, et al v. BMW of North America LLC, et al

(Originating Case No. 2-13-cv-03417)

## O R D E R

In accordance with the motion by the appellant/petitioner in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: November 14, 2017

sb/cc:  Christopher J. Dalton, Esq.
        Matthew R. Mendelsohn Esq.
        Gary W. Sibley Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.