UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROBERT GRAY and MARKUM GEORGE**, individually, and on behalf of a class of similarly situated individuals,<br><br>**Plaintiff**,<br><br>v.<br><br>**BMW OF NORTH AMERICA, LLC** and **BMW AKTIENGESELLSCHAFT**,<br><br>**Defendants.** | Civ. No. 13-cv-3417 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Plaintiffs' motion to compel the Objector/Appellant Gary Sibley to post an appeal bond pursuant to Federal Rule of Appellate Procedure 7. The appeal having been dismissed by the Third Circuit by Order dated November 14, 2017, and for good cause shown,

**IT IS** on this 22nd day of January, 2018, hereby, **ORDERED** that

Plaintiffs' motion is **DENIED as moot**.

                                                      /s/ William J. Martini
                                                **WILLIAM J. MARTINI, U.S.D.J.**